JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

09 CRIM 910

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :      SEALED
                                        INDICTMENT
       - v. -                    :
                                        09 Cr.
LUIS SANTACRUZ-ECHEVERRI,        :
    a/k/a "Lucho,"
                                 :
            Defendant.
- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09

COUNT ONE

(Narcotics Importation Conspiracy)

The Grand Jury charges:

1.   From at least in or about 2006 up to and including September 2009, in the Southern District of New York and elsewhere, LUIS SANTACRUZ-ECHEVERRI, a/k/a "Lucho," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that LUIS SANTACRUZ-ECHEVERRI, a/k/a "Lucho," the defendant, and others known and unknown, would and did import into the United States from a place outside thereof five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 952(a), and 960(b)(1)(B) of Title 21, United States Code.

3.  It was further a part and an object of the conspiracy that LUIS SANTACRUZ-ECHEVERRI, a/k/a "Lucho," the defendant, and others known and unknown, would and did distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, intending and knowing that such substance would be imported into the United States from a place outside thereof, in violation of Sections 959, 960(a)(3) and 960(b)(1)(B) of Title 21, United States Code.

## OVERT ACTS

4.  In furtherance of the conspiracy, and to effect the illegal objects thereof, the following overt acts, among others, were committed:

   a.  On or about July 17, 2009, in the Dominican Republic, co-conspirators not named as defendants herein possessed approximately 95 kilograms of cocaine.

   b.  On or about August 29, 2009, LUIS SANTACRUZ-ECHEVERRI, a/k/a "Lucho," the defendant, had a telephone conversation with a co-conspirator not named as a defendant herein concerning a planned airdrop of 500 kilograms of cocaine in the Dominican Republic.

   c.  On or about September 16, 2009, LUIS SANTACRUZ-ECHEVERRI, a/k/a "Lucho," the defendant, had a conversation concerning the shipment of cocaine to New York.

(Title 21, United States Code, Section 963.)

COUNT TWO

(Narcotics Distribution Conspiracy)

The Grand Jury further charges:

5.  From at least in or about 2006, through in or about September 2009, in the Southern District of New York and elsewhere, LUIS SANTACRUZ-ECHEVERRI, a/k/a "Lucho," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

6.  It was a part and an object of the conspiracy that LUIS SANTACRUZ-ECHEVERRI, a/k/a "Lucho," the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21 of the United States Code.

FORFEITURE ALLEGATION

7.  As a result of committing the controlled substance offenses alleged in Counts One and Two of this Indictment, LUIS SANTACRUZ-ECHEVERRI, a/k/a "Lucho," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. §§ 970 and 853, any and all property constituting and derived from any proceeds that the defendant obtained directly and indirectly as a result of the said violation and any and all property used and intended to be

3

used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts One and Two of this Indictment, including but not limited to, a sum of money representing the amount of proceeds obtained as a result of the offense described in Counts One and Two of this Indictment.

Substitute Assets Provision

8. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Sections 970 and 853(p), to seek forfeiture

of any other property of the defendant up to the value of the forfeitable property.

(Title 21, United States Code, Sections 963 and 970.)

_____  *Preet Bharava*
FOREPERSON                      PREET BHARARA
                                United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LUIS SANTACRUZ-ECHEVERRI,
a/k/a "Lucho,"

Defendant.

**INDICTMENT**

09 CR ____

(Title 21, United States Code, Sections 846, 963)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

*Indictment Under Seal A/W's issued.*

*Peck*
*U.S.M.J*