# EXHIBIT B

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | |
|---|---|---|---|
| **Complex:** BRO--BROOKLYN MDC | | **Begin Date:** 01/01/2012 | **End Date:** 12/31/2012 |
| **Inmate:** ECHEVERRI, LUIS SANTACRU | | **Reg #:** 41219-004 | **Quarter:** G05-424L |

Medications listed reflect prescribed medications from the begin date to end date on this report.
**Allergies:** Denied

## Active Prescriptions

amLODIPine 10 MG TAB
Take one tablet by mouth each day to control blood pressure
**Rx#:** 136855-BRO       **Doctor:** Newland, R. MD
**Start:** 10/13/11       **Exp:** 01/11/12                       **Pharmacy Dispensings:** 67 TAB in 606 days

amLODIPine 10 MG TAB
Take one tablet by mouth each day to control blood pressure
**Rx#:** 146715-BRO       **Doctor:** Newland, R. MD
**Start:** 01/17/12       **Exp:** 01/31/12    **D/C:** 01/19/12   **Pharmacy Dispensings:** 14 TAB in 510 days

amLODIPine 10 MG TAB
Take one tablet by mouth each day to control blood pressure
**Rx#:** 147083-BRO       **Doctor:** Newland, R. MD
**Start:** 01/19/12       **Exp:** 07/17/12    **D/C:** 06/11/12   **Pharmacy Dispensings:** 120 TAB in 508 days

amLODIPine 10 MG TAB
Take one tablet by mouth each day to control blood pressure
**Rx#:** 161957-BRO       **Doctor:** Newland, R. MD
**Start:** 06/11/12       **Exp:** 12/08/12    **D/C:** 12/03/12   **Pharmacy Dispensings:** 162 TAB in 364 days

amLODIPine 10 MG TAB
Take one tablet by mouth each day to control blood pressure
**Rx#:** 176881-BRO       **Doctor:** Beaudouin, Robert MD
**Start:** 12/03/12       **Exp:** 06/01/13                       **Pharmacy Dispensings:** 154 TAB in 189 days

Amitriptyline 25 MG Tab
Take one tablet by mouth at bedtime ***pill line*** (pain)
**Rx#:** 136854-BRO       **Doctor:** Newland, R. MD
**Start:** 10/13/11       **Exp:** 01/11/12                       **Pharmacy Dispensings:** 30 TAB in 606 days

Hydrochlorothiazide 25 MG Tab
Take one tablet by mouth each morning to control blood pressure
**Rx#:** 128335-BRO       **Doctor:** Newland, R. MD
**Start:** 07/19/11       **Exp:** 01/15/12                       **Pharmacy Dispensings:** 131 TAB in 692 days

| **Complex:** BRO--BROOKLYN MDC | **Begin Date:** 01/01/2012 | **End Date:** 12/31/2012 |
|---|---|---|
| **Inmate:** ECHEVERRI, LUIS SANTACRU | **Reg #:** 41219-004 | **Quarter:** G05-424L |

## Active Prescriptions

Hydrochlorothiazide 25 MG Tab
Take one tablet by mouth each morning to control blood pressure
**Rx#:** 146713-BRO     **Doctor:** Newland, R. MD
**Start:** 01/17/12     **Exp:** 01/31/12     **D/C:** 01/19/12     **Pharmacy Dispensings:** 14 TAB in 510 days

Hydrochlorothiazide 25 MG Tab
Take one tablet by mouth each morning to control blood pressure
**Rx#:** 147084-BRO     **Doctor:** Newland, R. MD
**Start:** 01/19/12     **Exp:** 07/17/12     **D/C:** 06/11/12     **Pharmacy Dispensings:** 120 TAB in 508 days

Hydrochlorothiazide 25 MG Tab
Take one tablet by mouth each morning to control blood pressure
**Rx#:** 161958-BRO     **Doctor:** Newland, R. MD
**Start:** 06/11/12     **Exp:** 12/08/12     **D/C:** 12/03/12     **Pharmacy Dispensings:** 162 TAB in 364 days

Hydrochlorothiazide 25 MG Tab
Take one tablet by mouth each morning to control blood pressure
**Rx#:** 176882-BRO     **Doctor:** Beaudouin, Robert MD
**Start:** 12/03/12     **Exp:** 06/01/13     **Pharmacy Dispensings:** 154 TAB in 189 days

Mirtazapine 15 MG Tab
Take one tablet by mouth at bedtime ***pill line*** *Consent form on file *
**Rx#:** 154664-BRO     **Doctor:** McLean, Diane MD
**Start:** 04/03/12     **Exp:** 09/30/12     **D/C:** 09/25/12     **Pharmacy Dispensings:** 205 tab in 433 days

Mirtazapine 15 MG Tab
Take one tablet by mouth at bedtime ***pill line*** *Consent form on file *
**Rx#:** 171079-BRO     **Doctor:** Beaudouin, Robert MD
**Start:** 09/25/12     **Exp:** 10/25/12     **D/C:** 10/18/12     **Pharmacy Dispensings:** 33 tab in 258 days

Mirtazapine 15 MG Tab
Take one tablet by mouth at bedtime ***pill line*** *Consent form on file *
**Rx#:** 173244-BRO     **Doctor:** Beaudouin, Robert MD
**Start:** 10/18/12     **Exp:** 11/17/12     **Pharmacy Dispensings:** 56 tab in 235 days

Mirtazapine 15 MG Tab
Take one tablet by mouth at bedtime ***pill line*** *Consent form on file *
**Rx#:** 176883-BRO     **Doctor:** Beaudouin, Robert MD
**Start:** 12/03/12     **Exp:** 06/01/13     **Pharmacy Dispensings:** 97 tab in 189 days

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

**Complex:** BRO--BROOKLYN MDC  **Begin Date:** 01/01/2010  **End Date:** 12/31/2010
**Inmate:** ECHEVERRI, LUIS SANTACRU  **Reg #:** 41219-004  **Quarter:** G05-424L

Medications listed reflect prescribed medications from the begin date to end date on this report.
**Allergies:**                     Denied

## Active Prescriptions

amLODIPine  5 MG TAB
Take one tablet by mouth each day to control blood pressure
**Rx#:** 61784-BRO          **Doctor:** Jusayan, Nenita MD
**Start:** 11/04/09     **Exp:** 05/03/10     **D/C:** 04/07/10     **Pharmacy Dispensings:** 120 TAB in 1314 days

amLODIPine  5 MG TAB
Take one tablet by mouth each day to control blood pressure
**Rx#:** 79172-BRO          **Doctor:** Newland, R. MD
**Start:** 04/07/10     **Exp:** 10/04/10                          **Pharmacy Dispensings:** 144 TAB in 1160 days

amLODIPine  5 MG TAB
Take one tablet by mouth each day to control blood pressure
**Rx#:** 98301-BRO          **Doctor:** Newland, R. MD
**Start:** 10/13/10     **Exp:** 10/27/10                          **Pharmacy Dispensings:** 14 TAB in 971 days

Benzonatate 100 MG CAP
Take two capsules (200mg) by mouth every eight hours for 5 days
**Rx#:** 96188-BRO          **Doctor:** Newland, R. MD
**Start:** 09/21/10     **Exp:** 09/26/10                          **Pharmacy Dispensings:** 30 cap in 993 days

Cephalexin 500 MG Cap
Take one capsule by mouth four times daily for 10 days
**Rx#:** 83030-BRO          **Doctor:** Rios, Sixto MLP
**Start:** 05/11/10     **Exp:** 05/21/10                          **Pharmacy Dispensings:** 40 CAP in 1126 days

Clarithromycin 500 MG Tab
Take one tablet by mouth twice daily for 7 days
**Rx#:** 96187-BRO          **Doctor:** Newland, R. MD
**Start:** 09/21/10     **Exp:** 09/28/10                          **Pharmacy Dispensings:** 14 TAB in 993 days

Hydrochlorothiazide 12.5 MG Cap
Take one capsule by mouth each day
**Rx#:** 61783-BRO          **Doctor:** Jusayan, Nenita MD
**Start:** 11/04/09     **Exp:** 05/03/10     **D/C:** 04/07/10     **Pharmacy Dispensings:** 120 CAP in 1314 days

| **Complex:** BRO--BROOKLYN MDC | **Begin Date:** 01/01/2010 | **End Date:** 12/31/2010 |
|---|---|---|
| **Inmate:** ECHEVERRI, LUIS SANTACRU | **Reg #:** 41219-004 | **Quarter:** G05-424L |

## Active Prescriptions

Hydrochlorothiazide 12.5 MG Cap
Take one capsule by mouth each day
**Rx#:** 79173-BRO      **Doctor:** Newland, R. MD
**Start:** 04/07/10     **Exp:** 10/04/10                    **Pharmacy Dispensings:** 144 CAP in 1160 days

Hydrochlorothiazide 12.5 MG Cap
Take one capsule by mouth each day
**Rx#:** 98297-BRO      **Doctor:** Newland, R. MD
**Start:** 10/13/10     **Exp:** 10/27/10                    **Pharmacy Dispensings:** 14 CAP in 971 days

Lisinopril  5 MG Tab
Take one tablet by mouth each day
**Rx#:** 64536-BRO      **Doctor:** Jusayan, Nenita MD
**Start:** 12/01/09     **Exp:** 05/30/10    **D/C:** 02/03/10    **Pharmacy Dispensings:** 90 TAB in 1287 days

Lisinopril 10 MG Tab
Take one tablet by mouth each day to control blood pressure
**Rx#:** 71811-BRO      **Doctor:** Jusayan, Nenita MD
**Start:** 02/03/10     **Exp:** 08/02/10    **D/C:** 04/07/10    **Pharmacy Dispensings:** 60 TAB in 1223 days

Lisinopril 10 MG Tab
Take one tablet by mouth each day to control blood pressure
**Rx#:** 79174-BRO      **Doctor:** Newland, R. MD
**Start:** 04/07/10     **Exp:** 10/04/10                    **Pharmacy Dispensings:** 144 TAB in 1160 days

Lisinopril 10 MG Tab
Take one tablet by mouth each day to control blood pressure
**Rx#:** 98298-BRO      **Doctor:** Newland, R. MD
**Start:** 10/13/10     **Exp:** 10/27/10                    **Pharmacy Dispensings:** 14 TAB in 971 days

Omeprazole 20 MG Cap
Take one capsule by mouth each day for stomach
**Rx#:** 61785-BRO      **Doctor:** Jusayan, Nenita MD
**Start:** 11/04/09     **Exp:** 05/03/10    **D/C:** 04/07/10    **Pharmacy Dispensings:** 120 CAP in 1314 days

Ranitidine HCl 150 MG TAB
Take one tablet by mouth twice daily
**Rx#:** 79175-BRO      **Doctor:** Newland, R. MD
**Start:** 04/07/10     **Exp:** 10/04/10                    **Pharmacy Dispensings:** 288 TAB in 1160 days

| | | | |
|---|---|---|---|
| **Complex:** BRO--BROOKLYN MDC | | **Begin Date:** 01/01/2010 | **End Date:** 12/31/2010 |
| **Inmate:** ECHEVERRI, LUIS SANTACRU | | **Reg #:** 41219-004 | **Quarter:** G05-424L |

## Active Prescriptions

Ranitidine HCl 150 MG TAB
Take one tablet by mouth twice daily
**Rx#:** 98299-BRO     **Doctor:** Newland, R. MD
**Start:** 10/13/10     **Exp:** 10/27/10          **Pharmacy Dispensings:** 28 TAB in 971 days

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** BRO--BROOKLYN MDC | **Begin Date:** 01/01/2009 | **End Date:** 12/31/2009 |
| **Inmate:** ECHEVERRI, LUIS SANTACRU | **Reg #:** 41219-004 | **Quarter:** G05-424L |

Medications listed reflect prescribed medications from the begin date to end date on this report.
**Allergies:**                     Denied

## Active Prescriptions

amLODIPine  5 MG TAB
Take one tablet by mouth each day to control blood pressure
**Rx#:**   61784-BRO        **Doctor:**  Jusayan, Nenita MD
**Start:** 11/04/09       **Exp:** 05/03/10       **D/C:** 04/07/10       **Pharmacy Dispensings:** 120 TAB in 1314 days

Acetaminophen 500 MG Tab
Take one tablet by mouth twice daily as needed for pain
**Rx#:**   61782-BRO        **Doctor:**  Jusayan, Nenita MD
**Start:** 11/04/09       **Exp:** 11/18/09                             **Pharmacy Dispensings:** 28  in 1314 days

Fluocinonide 0.05%, 30g Cream
Apply to affected areas(s) twice daily
**Rx#:**   64537-BRO        **Doctor:**  Jusayan, Nenita MD
**Start:** 12/01/09       **Exp:** 12/31/09                             **Pharmacy Dispensings:** 30 GM in 1287 days

Hydrochlorothiazide 12.5 MG Cap
Take one capsule by mouth each day
**Rx#:**   58639-BRO        **Doctor:**  Jusayan, Nenita MD
**Start:** 10/01/09       **Exp:** 10/31/09                             **Pharmacy Dispensings:** 30 CAP in 1348 days

Hydrochlorothiazide 12.5 MG Cap
Take one capsule by mouth each day
**Rx#:**   61783-BRO        **Doctor:**  Jusayan, Nenita MD
**Start:** 11/04/09       **Exp:** 05/03/10       **D/C:** 04/07/10       **Pharmacy Dispensings:** 120 CAP in 1314 days

Lisinopril  5 MG Tab
Take one tablet by mouth each day
**Rx#:**   64536-BRO        **Doctor:**  Jusayan, Nenita MD
**Start:** 12/01/09       **Exp:** 05/30/10       **D/C:** 02/03/10       **Pharmacy Dispensings:** 90 TAB in 1287 days

Omeprazole 20 MG Cap
Take one capsule by mouth each day for stomach
**Rx#:**   61785-BRO        **Doctor:**  Jusayan, Nenita MD
**Start:** 11/04/09       **Exp:** 05/03/10       **D/C:** 04/07/10       **Pharmacy Dispensings:** 120 CAP in 1314 days

| **Complex:** BRO--BROOKLYN MDC | **Begin Date:** 01/01/2009 | **End Date:** 12/31/2009 |
|---|---|---|
| **Inmate:** ECHEVERRI, LUIS SANTACRU | **Reg #:** 41219-004 | **Quarter:** G05-424L |