EXHIBIT C

TO WHOM IT MAY CONCERN

Hereby I certify that Mrs. **LYDA ECHEVERRI** identified with citizenship card ID No. **94,059,985** was hospitalized in the Intensive Care Unit of this institute, from 15th to 17th August 2013.

Diagnostics:

1. RECENT UTI (URINAL TRACK INFECTION) - TREATED WITH ERTAPENEM.
2. ISCHEMIC CVA (CEREBROVASCULAR ACCIDENT) LEFT CVD (LEFT CEREBRAL HEMISPHERE CARDIOVASCULAR DESEASE)
3. ATH (ARTERIAL HYPERTENSION).
4. OBESITY.
5. CHRONIC A-Fib (ATRIAL FIBRILLATION).
6. NIDDM. (NON-INSULINE-DEPENDENT DIABETES MELLITUS)
7. ANXIETY DISORDERS.
8. SUSPECTED PNEUMONIA
9. CHRONIC PANSINUSITIS

For the record this certification was signed in Santiago de Cali the day August 21st, 2013.

Sincerely,

**Dr. LUIS FERNANDO CASTRO CASTRO**

**Medical Coordinator**

**Intensive Care Unit**

Upon request of the interested party

**I HEREBY I CERTIFY**

That the patient **LYDA ECHEVERRI** identified with ID 29,059,485 is hospitalized in this institution in room 514 from the day August 17th, 2013 up to date.

This certificate was signed in Santiago de Cali, on the 22nd day of August, two thousand thirteen (2013).

Sincerely,

**CLAUDIA BARBERENA**

Head Nurse

Hospitalization Floor 5 TB

| | |
|---|---|
| Patient Names | Patient Surname |
| **LYDA** | **ECHEVERRI** |
| Identification | Date |
| **CC 29,059,485** | **August 22nd, 2013** |
| Age | Weight |
| **80 Years** | **N / A** |
| Blood type | Entity |
| | **PARTICULAR** |

**Note of Evolution:** Day of hospitalization No. 6
Diagnostics at Admission:
(J189) PNEUMONIA, NOT SPECIFIED
(I48X) ATRIAL FIBRILLATION
(I633) STROKE DUE TO CEREBRAL ARTERY THROMBOSIS

**History summary**

80 years old patient, who received treatment due to a urinary infection history and received Ertapenem antibiotics showing good evolution, so, received Homecare treatment. The patient was readmitted showing dizziness and fainting history while getting a bath. Is valued at the emergency department where was found focal deficit in the right hemisphere and concomitantly was found severe hypoglycemia, DAD 5% was administered with neurological reversion history and a simple brain CAT Scan was performed with no evidence of injury. Before the patient left, presented a new episode of labial commissure deviation and seemed to be a severe one of the right hemisphere so a brain NMR was performed, showing ischemic lesion in the area of CVA and received neurosurgery and electrophysiology treatment. Permanent atrial fibrillation with high ventricular response was documented, was not taking anticoagulant because was presenting iron deficiency anemia secondary to gastrointestinal losses. Presenting anemia and inside a context of recent CVD it was considered an AF control with beta-blockers. In addition to this, showed UTI when treated with Vancomycin. At the moment the patient is hemodynamically stable with an appropriate glucometry control, neurologically better, conscious, oriented, obeying simple commands, with slight improvement of ocular paralysis, continues with right paraplegia. Continues with established treatment, waiting for clinical evolution of the patient.


Electronic Signature

**NELSON ESCOBAR GARCIA**

CC Identification: 1085263558

Specialty: GENERAL MEDICINE



A QUIEN PUEDA INTERESAR:

Certifico que la señora **LYDA ECHEVERRI** identificada con cédula de ciudadanía No.**94.059.985** se encontraba hospitalizada en la Unidad de Cuidados Intensivos de esta institución desde el 15 al 17 de agosto de 2013.

Diagnósticos:

1. ANTECEDENTE DE IVU RECIENTE - MANEJO CON ERTAPENEM
2. ECV ISQUEMICO ACM IZQUIERDA
3. HTA
4. OBESIDAD
5. FA CRONICA
6. DMNIR
7. TRANTORNOS DE ANSIEDAD
8. SOSPECHA DE NEUMONIA
9. PANSINUSITIS CRONICA

Para constancia se firma en Santiago de Cali el día 21 de agosto de 2013.

Atentamente:

Dr. LUIS FERNANDO CASTRO CASTRO
Coordinador Médico
Unidad de Cuidados Intensivos

Miembro activo de la Asociación Colombiana de Hospitales y Clínicas.

Sede Principal: Carrera 38A No. 5A-100 / Conmutadores: 518 5000 - 682 1000
Sede Centro Comercial Chipichape: Hal Empresarial, Piso 6, Local 6-21 y 6-23 A / Sede Ciudad Jardín: Calle 151 No. 103-20
Cali, Colombia / www.imbanaco.com



**Centro Médico Imbanaco**
*Vocación de Servicio*

Nuestro Gran Objetivo:
Brindar **siempre** una atención médica **segura**, para cuidar y preservar la Vida

A petición de la parte interesada

## CERTIFICO

Que la paciente **LYDA ECHEVERRI** identificada con **CC 29059485**, se encuentra hospitalizada en esta institución en la hab 514 desde el día 17 de agosto del 2013 hasta la fecha.

Se firma en Santiago de Cali, a los 22 (veintidós) días del mes de Agosto del año dos mil trece (2013).

Atentamente,

*Claudia Barberena*
**CLAUDIA BARBERENA**
Enfermera jefe
Hospitalización Piso 5 TB

HOSPITALIZACIÓN
Piso 5 - II Nivel
Centro Médico Imbanaco de Cali S.A.

Miembro activo de la Asociación Colombiana de Hospitales y Clínicas

Sede Principal: Carrera 38A No. 5A-100 / Conmutadores: 518 6000 - 682 1000
Sede Centro Comercial Chipichape: Hall Empresarial, Piso 6, Local 6-21 y 6-23 A / Sede Ciudad Jardín: Calle 15A No. 103-20
Cali, Colombia / www.imbanaco.com



**Médico Imbanaco**
*Vocación de Servicio*

## Evolución
### HOSPITALIZACION PISO 5 T-B
Dirección: . TORRE B PISO 5
Teléfono: 6821000 -- Conmutador: 5600
Correo Electrónico: 1

| | | | | |
|---|---|---|---|---|
| Nombres del Paciente **LYDA** | Apellidos del Paciente **ECHEVERRI** | Identificación **CC 29059485** | Fecha **22 ago, 2013 15:57** | 21690058 |
| Edad **80 Años**  Peso **N/A** | Tipo Sangre | | | |
| Entidad **PARTICULAR** | | | | |

Médico remitente

**Nota de evolución** Día de Hospitalización No.6
Diagnósticos de Ingreso:
(J189) NEUMONIA, NO ESPECIFICADA
(I48X) FIBRILACION AURICULAR
(I633) INFARTO CEREBRAL DEBIDO A TROMBOSIS DE ARTERIAS CEREBRALES

Resumen de historia

Paciente de 80 años de edad quien recibió manejo por cuadro de infección urinaria con cubrimiento antibiótico con Ertapenem con buena evolución por lo que recibió manejo por Homecare. Reconsulta por presentar cuadro de mareo y desvanecimiento mientras se bañaba. Es valorada en urgencias donde encuentran déficit focal en hemicuerpo derecho y concomitantemente encuentran hipoglicemia severa, se administró DAD 5% con reversión de cuadro neurológico y se realizó toma de TAC cerebral simple sin evidencia de lesiones. Antes de salida presenta nuevo episodio de desviación de comisura labial y parecía severa de hemicuerpo derecho por lo que se realizó toma de RNM de cerebro evidenciando lesión isquémica en el territorio de ACM y recibe manejo por neurocirugía y electrofisiología. Se documenta fibrilación auricular permanente con respuesta ventricular alta, no estaba tomando anticoagulante por presentar anemia ferropénica secundaria a pérdidas gastrointestinales. Por presentar anemia y en contexto de ECV reciente se consideró control de FA con beta bloqueadores. Adicionalmente a esto presentó ITU en tratamiento con vancomicina. En el momento estable hemodinámicamente con adecuado control de glucometrías, neurológicamente mejor, conciente, orientada, obedeciendo órdenes sencillas, con leve mejoría de parálisis ocular, continúa con plejía derecha. Continua manejo instaurado, pendientes a evolución clínica de paciente.

Firma Electrónica
**NELSON ESCOBAR GARCIA**
Identificación   CC 1085263558
Especialidad   MEDICINA GENERAL

fmIn/FormatoProcAten.aspx   22 ago 2013 16:03   Usuario: CLAUDIA I. BARBERENA CHAMORRO (2215)   Servicio: HOSPITALIZACION PISO 5 T-B